STRADLEY RONON STEVENS & YOUNG, LLP
By:   Tara B. Dickerman (PA I.D. 80217)
2005 Market St, Suite 2600
Philadelphia, PA 19103
Tel: 215-564-8036
Fax: 215-564-8120
Tdickerman@stradley.com
*Attorney for Defendants,*
*First Stop Handicrafts LLC*
*Jacob Otstot*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| ANDREW PERRONG | |
| --- | --- |
| *Plaintiff,*<br>v.<br><br>FIRST STOP HANDICRAFTS LLC, et al.<br><br>*Defendants* | No. 2:20-cv-05980 |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Tara B. Dickerman, Esquire (ID No. 80217) of Stradley Ronon Stevens & Young, LLP as counsel of record for Defendants, First Stop Handicrafts LLC and Jacob Otstot in this action.

Respectfully,

*/s/Tara B. Dickerman*
Tara B. Dickerman, Esquire (PA. I.D. 80217)
Stradley Ronon Stevens & Young, LLP
2005 Market St, Suite 2600
Philadelphia, PA 19103
(215) 564-8036
Tdickerman@stradley.com

*Attorney for Defendants,*
*First Stop Handicrafts LLC*
*Jacob Otstot*

## **CERTIFICATE OF SERVICE**

I, Tara B. Dickerman, hereby certify that on this 16th day of December 2020, I caused a true and correct copy of the foregoing to be served via this Honorable Court's ECF Filing System upon the following:

Andrew Perrong
(Pro Se)
1657 The Fairway #131
Jenkintown, PA 19046

*/s/ Tara B. Dickerman*

Tara B. Dickerman, Esquire

4421641v.1