**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW PERRONG<br><br>    Plaintiff,<br><br>v.<br><br>FIRST STOP HANDICRAFTS LLC &<br>JACOB OTSTOT<br><br>    Defendants. | CIVIL ACTION NO. 20-5980 |

## ORDER

**AND NOW,** this 17th day of December 2020, upon consideration of the parties' Stipulation to Extend Time to Respond to Complaint [Doc. No. 6], it is hereby **ORDERED** that the parties' Stipulation is **APPROVED**. Defendants First Stop Handicrafts LLC and Jacob Otstot shall have a 30-day extension of time, to and including January 20, 2021, to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned matter.

It is so **ORDERED.**

> BY THE COURT:
>
> /s/ Cynthia M. Rufe
> _____
> **CYNTHIA M. RUFE, J.**