### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST STOP HANDICRAFTS LLC &<br>JACOB OTSTOT<br><br>　　　　　Defendants. | CIVIL ACTION NO. 20-5980 |

### ORDER

**AND NOW,** this 17th day of December 2020, upon consideration of Plaintiff's Motion to use ECF/Filing [Doc. No. 3], it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall have the above-captioned case added to his ECF account. It is further **ORDERED** that the Clerk of the Court shall add this case to Plaintiff's ECF account and provide Plaintiff access to ECF for the above-captioned case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　 **/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**