#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br><br>        **Plaintiff,**<br><br>    v.<br><br>DOES 1–10<br><br>        **Defendants.** | **CIVIL ACTION NO. 20-5980** |

### ORDER

**AND NOW**, this 10th day of April 2023, upon review of the docket, it is hereby **ORDERED** that Plaintiff shall file a report as to the status of his claims and show cause why this case should not be dismissed for lack of prosecution.

It is further **ORDERED** that, pursuant to Plaintiff's Notice of Voluntary Dismissal [Doc. No. 10], the Clerk of Court shall indicate on the docket that Defendants First Stop Handcrafts LLC and Jacob Otstot have been terminated from this action.

It is so **ORDERED**.

                                                          **BY THE COURT:**

                                                          /s/ Cynthia M. Rufe
                                                          _____
                                                           **CYNTHIA M. RUFE, J.**