IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>    Plaintiff<br><br>vs.<br><br>FIRST STOP HANDICRAFTS LLC<br>622 NW 3RD ST RENTON, WA 98057<br><br>AND<br><br>JACOB OTSTOT<br><br>    Defendants. | Case No. 2:20-cv-05980<br><br>JURY TRIAL DEMANDED |

## STATUS REPORT

In response to this Court's Order requiring the Plaintiff file a status report as to his claims in this case (ECF No. 13), Plaintiff states that this case has been voluntarily dismissed, with prejudice, as to all defendants. (ECF No. 10). It appears that due to some oversight this case was never marked "closed" for statistical purposes by the Clerk. Plaintiff respectfully requests that this Court dismiss his case voluntarily, with prejudice, as to all defendants, with each party to bear its own fees and costs, and mark the case "closed" for statistical purposes.

Dated: **April 11, 2023**

                                                            _____/s/_____
                                                                         Andrew Perrong
                                                                         *Plaintiff Pro-Se*
                                                                1657 The Fairway #131
                                                                   Jenkintown, PA 19046
                                                                  Phone: 215-791-6957
                                                              Facsimile: 888-329-0305
                                                          andyperrong@gmail.com