IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br><br>             **Plaintiff,**<br><br>       v.<br><br>DOES 1–10<br><br>             **Defendants.** | **CIVIL ACTION NO. 20-5980** |

# ORDER

**AND NOW**, this 12th day of April 2023, upon review of Plaintiff's status report informing the Court that this case has been voluntarily dismissed with prejudice as to all Defendants [Doc. No. 14], it is hereby **ORDERED** that this action is **DISMISSED with prejudice** as to each Defendant pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**